ACCEPTED
03-14-00516-CR
5217510
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 3:55:36 PM
JEFFREY D. KYLE
CLERK

THIRD COURT OF APPEALS CAUSE NUMBER 03-14-00516-CR
TRIAL COURT CAUSE NO. D-14-0081-SA

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 3:55:36 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE |
| | § | |
| vs. | § | 391st JUDICIAL DISTRICT |
| | § | |
| MARK ANTHONY SERRANO | § | TOM GREEN COUNTY, TEXAS |

## MOTION TO AMEND APPELLANT'S BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Mark Anthony Serrano, Appellant, and files this Motion to amend appellant's brief for the following reasons:

1.  On page 17 and 18 of Appellant's brief the month identified is improperly listed as March and should read November. These dates are presented correctly in the facts section of the brief, but in the argument section on pages 17 and 18 the dates are incorrect.

Page 17 fourth line from top reads March 20th, 2013 and should read November 20th, 2013

Page 18 second line from top reads March 25th, 2013 and should read November 25th, 2013.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that the Court grant permission for Appellant to amend his brief.

Respectfully submitted,

RANDOL L STOUT

By: _____

Randol L. Stout
State Bar No. 24083914
Attorney for Mark A. Serrano

## Certificate of Service

I certify that the foregoing has been delivered to the Tom Green County, Texas District Attorney's office by email to john.best@co.tom-green.tx.us on May 8th, 2015.

_____

RANDOL L. STOUT
Attorney for Defendant